# COMPOSITE
# EXHIBIT B



7-Eleven, Inc.

January ___, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ 08648

RE:   7-Eleven Store No. 2412-37039B (the "Store")
      **Notice of Material Breach – Net Worth Deficit (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to maintain a Minimum Net Worth of $10,000.00.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because your Financial Summaries as of December 31, 2020, reflect a Net Worth of <$14,893.98>, which is less than the amount required under the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

You have three (3) Business Days (the "Notice Period"), which excludes Saturday, Sunday and legal holidays, after receiving this Notice to increase your Net Worth to the Minimum Net Worth that is required under the Agreement.

7-ELEVEN ACTION:

If you fail to cure your Material Breach in the manner and within the time period set forth immediately above, upon the Effective Date (defined below) of the termination of the Agreement, your service mark license, your right to use the Trade Secrets, and your lease and/or sublease of the Store and Equipment shall also terminate.  Upon the Effective Date, you must transfer to 7-Eleven all of your right, title and interest in and to the Inventory, together with the Proceeds thereof, on and at the Effective Date, in consideration of the cost thereof reflected on the books and records for the Store, such cost to be credited and paid against, and in reduction of, the amount owed by you to 7-Eleven on the Open Account shown on

Form No. B 004400601 06/2004 A
2004 Agreement Edition & Later – Curable
Net Worth

Notice of Material Breach
Page 2 of 3

such books and records, with any surplus to be credited to your Open Account in accordance with the close out procedures set forth above. The final physical audit of the Inventory will commence immediately following the Effective Date. At that time you shall immediately quit and deliver to 7-Eleven possession of the Store, Equipment and Inventory.

Should you fail to cure your aforementioned Material Breach, in the manner, and within the three (3) Business Days following your receipt of this Notice, or such longer period (i.e., 60 days from your receipt of this Notice) if such longer period is required by law, the Effective Date of the termination of the Agreement shall be sixty (60) days from the date of your receipt of this Notice.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

Notice of Material Breach
Page 3 of 3

DATE OF SERVICE:

☐ By certified mail,
    return receipt requested

☒ In person to _____ Sam _____
             ☐ Franchisee
             ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
with a follow up phone call/text/e-mail to
Franchisee ☐ Yes ☐ No

If phone call, ☐ spoke directly to
             Franchisee

            ☐ left voice message

Time _____ 400 _____ a.m./p.m.

Date _____ 1/26/21 _____

By: _____ Scott ✓ _____

Title: ☐ Market Manager ☒ FC

c:    Legal (GM-EquityBreaches@7-11.com; FAX: (972) 828-5132)
      Store File



7-Eleven, Inc.

January 28, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

RE:    7-Eleven Store No. 2412-37039B (the "Store");
       **Notice of Material Breach – Image – Merchandise/Cleanliness (the
       "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. carry, use and offer for sale at the Store only the Inventory and other products that are consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and as we specify in the Agreement;

4. comply with all of our standards and specifications for all Inventory, including Proprietary Products, Required Categories and other products and services carried, used or offered for sale at the Store;

5. maintain the Store, 7-Eleven Equipment, other property in the Store and landscaped areas in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition; and

6. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because, on January 7, 2021, the Store was observed with significant Image and out of stock deficiencies and cleanliness issues. The unacceptable out of stock conditions we observed included the following:

- Hot food items;
- Deli food items;
- Fresh bakery items;
- Assorted chocolates and candies;

The unacceptable cleanliness conditions we observed included the following:
- Stains on pavement;
- Unclean outdoor trashcans;
- Unclean roller grill;
- Unclean shelves;
- Unclean fresh bakery case;
- Unclean floors and floormats;
- Unclean restroom;
- Unclean beverage drip trays;
- Unclean cabinets;
- Unclean coffee makers;
- Unclean napkin holders;
- Unclean beverage cup holders;
- Unclean vault; and
- Unclean handwashing sink.

We have counseled you on numerous occasions and previously notified you about these ongoing problems at the Store. Food quality is extremely important for our guests, but you continue to engage in activity that is not consistent with the 7-Eleven Image. This is a very serious Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

The Agreement gives you:

- 30 Calendar Days after service of this Notice of Material Breach upon you to make certain that the Inventory at the Store is consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and available for sale to your customers.

- 72 hours after service of this Notice of Material Breach to ensure that the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition;

Page 3 of 4

- o 3 Calendar Days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and

- o 45 Calendar Days after service of this Notice upon you to properly maintain the Store and Equipment.

If you do not take the necessary steps to ensure that the Store, 7-Eleven Equipment, other property in the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition within 72 hours from the delivery of this Notice, pursuant to our rights under the Agreement, we reserve the right to cause any additional, necessary cleaning to be performed and charge your Open Account with the cost thereof.

Further, if you do not take the necessary steps to ensure that the Store is in compliance with our Foodservice Standards related to Foodservice Facilities within 3 Calendar Days from the delivery of this Notice, we may perform (or have performed) any action we deem necessary to remedy the Material Breach in addition to all other remedies available to us under the Agreement, including the potential termination of the Agreement.

7-ELEVEN ACTION:

If you do not cure the serious Material Breaches of the Agreement within the Notice Periods described above:

(i) 7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the expiration of thirty (30) Calendar Days following receipt of this Notice by you.

(ii) At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

Page 4 of 4

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

---

DATE OF SERVICE:

☐ By certified mail,
return receipt requested

☒ In person to _____ San _____
   ☐ Franchisee
   ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
with a follow up phone call/text/e-mail to
Franchisee ☐ Yes ☐ No

If phone call, ☐ spoke directly to
                      Franchisee

                 ☐ left voice message

Time _____ 4co _____ a.m./p.m.

Date _____ 1/28/21 _____

By: _____ Scott _____

Title: ☐ Market Manager ☒ FC

---

c:    Legal (Chasity.Hill@7-11.com)
      Store File



7-Eleven, Inc.

January __26__, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

RE:    7-Eleven Store No. 2412-37039B (the "Store")
       **Notice of Material Breach – Failure to Operate the Store Consistent with the 7-Eleven Image; Failure to Comply with Foodservice Standards – Out of Code Product (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code;

4. comply with all of our merchandising and shelf life requirements with respect to Fresh Foods;

5. carry, use and offer for sale at the Store only the Inventory and other products that are consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and as we specify in the Agreement; and

Form No. B 004400801  E  0514
2004 Agreement Edition & Later – Curable
Image – Foodservice Standards - Out of Code Products
SCTASK0679568

Notice of Material Breach
Page 2 of 4

     6. comply with all of our standards and specifications for all Inventory, including Proprietary Products, Required Categories and other products and services carried, used or offered for sale at the Store.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because, on January 7, 2021, Fresh Food products were observed available for sale to your guests past the out of code date, specifically:

- Roller grill items; and
- Burritos.

We have counseled you about these ongoing problems at the Store. Food quality is extremely important for our guest but you continue to engage in activity that is not consistent with the 7-Eleven Image. This is a very serious Material Breach of the Agreement.

7-Eleven enjoys a nationwide reputation of a wholesome, neighborhood family store. The sale of these items violates the 7-Eleven Foodservice Standards and the requirements of our merchandising and shelf life requirements, and jeopardizes the 7-Eleven Image, the goodwill of the Service Mark, the Store, and the 7-Eleven System, and is a Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

The Agreement gives you:

- o 3 Calendar Days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and

- o 30 Calendar Days after service of this Notice of Material Breach upon you to make certain that the Inventory at the Store is consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and available for sale to your customers.

In order to cure this Material Breach, you should take such actions to ensure that you are in compliance with the terms of the Agreement by making certain that the Inventory at the Store is consistent the type, quantity, quality, and variety associated with the 7-Eleven Image and consistent with the 7-Eleven Foodservice Standards. Additionally, due to the food safety concerns of making out of code product available to guests, you must immediately remove any out of code products from your shelves and account for such bad merchandise as provided for in the Agreement.

7-ELEVEN ACTION:

If you do not cure the serious Material Breaches of the Agreement within the Notice Periods described above:

Notice of Material Breach
Page 3 of 4

(i) 7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the expiration of thirty (30) Calendar Days following receipt of this Notice by you.

(ii) 7-Eleven sets _____, 20____, beginning at _____ a.m./p.m. as the time at which a final audit of the Inventory will be taken at the Store. At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

Notice of Material Breach
Page 4 of 4

DATE OF SERVICE:

☐ By certified mail,
return receipt requested

☒ In person to _____ Sam _____
☐ Franchisee
☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
with a follow up phone call/text/e-mail to
Franchisee ☐ Yes ☐ No
If phone call, ☐ spoke directly to
Franchisee
☐ left voice message

Time _____ 4:00 _____ a.m./p.m.
Date _____ 1/28/21 _____
By: _____ Scott ~ _____
Title: ☐ Market Manager ☒ FC

c:    Legal (Chasity.Hill@7-11.com)
      Store File



7-Eleven, Inc.

April ____9____, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

RE:   7-Eleven Store No. 2412-37039B (the "Store");
      **Notice of Material Breach – Image – Merchandise/Cleanliness (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. carry, use and offer for sale at the Store only the Inventory and other products that are consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and as we specify in the Agreement;

4. comply with all of our standards and specifications for all Inventory, including Proprietary Products, Required Categories and other products and services carried, used or offered for sale at the Store;

5. maintain the Store, 7-Eleven Equipment, other property in the Store and landscaped areas in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition; and

6. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code.

Form No. B 004400850 E   09/2019
Matter No. 20080262
#167159.v1
SCTASK0767360

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because, on March 19, 2021, the Store was observed with significant Image and out of stock deficiencies and cleanliness issues. The unacceptable out of stock conditions we observed included the following:

- Beef jerky;
- Packaged bakery items;
- Breakfast food items;
- Nutritional bars;
- Packaged cookies and crackers;
- Assorted candies and chocolates;
- Assorted seeds and nuts;
- Ice cream in freezer; and
- Fresh deli food items.

The unacceptable cleanliness conditions we observed included the following:
- Trash and debris scattered throughout parking lot;
- Overflowing outdoor trashcans;
- Unclean counters;
- Unclean floors and floor mats;
- Unclean restroom;
- Unclean shelves;
- Unclean indoor trashcans;
- Unclean fresh bakery case;
- Unclean roller grill;
- Unclean hot foods case;
- Unclean FSD, Slurpee and cappuccino machines; and
- Unclean vault.

We have counseled you on numerous occasions and previously notified you about these ongoing problems at the Store.  Food quality is extremely important for our guests, but you continue to engage in activity that is not consistent with the 7-Eleven Image.  This is a very serious Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

The Agreement gives you:

- o  30 Calendar Days after service of this Notice of Material Breach upon you to make certain that the Inventory at the Store is consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and available for sale to your customers.

- o  72 hours after service of this Notice of Material Breach to ensure that the Store and the landscaped areas are in a clean, attractive,

Page 3 of 4

     orderly, safe, and sanitary condition and in good repair and operating condition;

    o  3 Calendar Days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and

    o  45 Calendar Days after service of this Notice upon you to properly maintain the Store and Equipment.

If you do not take the necessary steps to ensure that the Store, 7-Eleven Equipment, other property in the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition within 72 hours from the delivery of this Notice, pursuant to our rights under the Agreement, we reserve the right to cause any additional, necessary cleaning to be performed and charge your Open Account with the cost thereof.

Further, if you do not take the necessary steps to ensure that the Store is in compliance with our Foodservice Standards related to Foodservice Facilities within 3 Calendar Days from the delivery of this Notice, we may perform (or have performed) any action we deem necessary to remedy the Material Breach in addition to all other remedies available to us under the Agreement, including the potential termination of the Agreement.

7-ELEVEN ACTION:

If you do not cure the serious Material Breaches of the Agreement within the Notice Periods described above:

(i) 7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the expiration of thirty (30) Calendar Days following receipt of this Notice by you.

(ii) At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and

services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

| DATE OF SERVICE: | |
|---|---|
| ☐ By certified mail, return receipt requested | ☐ In person to _____<br>☐ Franchisee<br>☐ Other Employee |
| Date postmarked _____ | ☒ Dropped in Safe<br>with a follow up phone call/text/e-mail to Franchisee ☐ Yes ☒ No<br>If phone call, ☐ spoke directly to Franchisee<br>☐ left voice message<br>Time __10:00__ a.m./p.m.<br>Date__4/9/21__<br>By: __Scott__<br>Title: ☐ Market Manager ☒ FC |

c:    Legal (Chasity.Hill@7-11.com)
      Store File



7-Eleven, Inc.

May ___/0___, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ 08648

RE:   7-Eleven Store No. 2412-37039B (the "Store")
      **Notice of Material Breach – Net Worth Deficit (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to maintain a Minimum Net Worth of $10,000.00.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because your Financial Summaries as of March 31, 2021, reflect a Net Worth of <$25,596.48>, which is less than the amount required under the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

You have three (3) Business Days (the "Notice Period"), which excludes Saturday, Sunday and legal holidays, after receiving this Notice to increase your Net Worth to the Minimum Net Worth that is required under the Agreement.

7-ELEVEN ACTION:

If you fail to cure your Material Breach in the manner and within the time period set forth immediately above, upon the Effective Date (defined below) of the termination of the Agreement, your service mark license, your right to use the Trade Secrets, and your lease and/or sublease of the Store and Equipment shall also terminate.  Upon the Effective Date, you must transfer to 7-Eleven all of your right, title and interest in and to the Inventory, together with the Proceeds thereof, on and at the Effective Date, in consideration of the cost thereof reflected on the books and records for the Store, such cost to be credited and paid against, and in reduction of, the amount owed by you to 7-Eleven on the Open Account shown on

Form No. B 004400601 06/2004 A
2004 Agreement Edition & Later – Curable
Net Worth

Notice of Material Breach
Page 2 of 3

such books and records, with any surplus to be credited to your Open Account in accordance with the close out procedures set forth above. The final physical audit of the Inventory will commence immediately following the Effective Date. At that time you shall immediately quit and deliver to 7-Eleven possession of the Store, Equipment and Inventory.

Should you fail to cure your aforementioned Material Breach, in the manner, and within the three (3) Business Days following your receipt of this Notice, or such longer period (i.e., 60 days from your receipt of this Notice) if such longer period is required by law, the Effective Date of the termination of the Agreement shall be sixty (60) days from the date of your receipt of this Notice.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

Notice of Material Breach
Page 3 of 3

DATE OF SERVICE:

☐ By certified mail,
   return receipt requested

☒ In person to _____ Sam _____
                        ☐ Franchisee
                        ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
   with a follow up phone call/text/e-mail to
   Franchisee ☐ Yes ☐ No
   If phone call, ☐ spoke directly to
                     Franchisee
                 ☐ left voice message

Time _____ 3:00 _____ a.m./(p.m.)
Date _____ 5/6/21 _____
By: _____ Scott ✓ _____
Title: ☐ Market Manager ☒ FC

c:    Legal (GM-EquityBreaches@7-11.com; FAX: (972) 828-5132)
      Store File



7-Eleven, Inc.

May __27__, 2021

KRSM, INC.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ 08648

RE:    7-Eleven Store No. 2412-37039B (the "Store")
       **Notice of Material Breach – Net Worth Deficit (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated November 14, 2018 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to maintain a Minimum Net Worth of $10,000.00.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because your Financial Summaries as of April 30, 2021, reflect a Net Worth of <$21,985.21>, which is less than the amount required under the Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

You have three (3) Business Days (the "Notice Period"), which excludes Saturday, Sunday and legal holidays, after receiving this Notice to increase your Net Worth to the Minimum Net Worth that is required under the Agreement.

7-ELEVEN ACTION:

If you fail to cure your Material Breach in the manner and within the time period set forth immediately above, upon the Effective Date (defined below) of the termination of the Agreement, your service mark license, your right to use the Trade Secrets, and your lease and/or sublease of the Store and Equipment shall also terminate.  Upon the Effective Date, you must transfer to 7-Eleven all of your right, title and interest in and to the Inventory, together with the Proceeds thereof, on and at the Effective Date, in consideration of the cost thereof reflected on the books and records for the Store, such cost to be credited and paid against, and in reduction of, the amount owed by you to 7-Eleven on the Open Account shown on

Form No. B 004400601 06/2004 A
2004 Agreement Edition & Later – Curable
Net Worth

such books and records, with any surplus to be credited to your Open Account in accordance with the close out procedures set forth above. The final physical audit of the Inventory will commence immediately following the Effective Date. At that time you shall immediately quit and deliver to 7-Eleven possession of the Store, Equipment and Inventory.

Should you fail to cure your aforementioned Material Breach, in the manner, and within the three (3) Business Days following your receipt of this Notice, or such longer period (i.e., 60 days from your receipt of this Notice) if such longer period is required by law, the Effective Date of the termination of the Agreement shall be sixty (60) days from the date of your receipt of this Notice.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

Notice of Material Breach
Page 3 of 3

DATE OF SERVICE:

☐ By certified mail,
   return receipt requested

☒ In person to _____ Sam _____
   ☐ Franchisee
   ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
   with a follow up phone call/text/e-mail to
   Franchisee ☐ Yes ☐ No
   If phone call,   ☐ spoke directly to
                        Franchisee
   ☐ left voice message

Time _____ 11:50 _____ a.m./p.m.

Date_____ 5/27/21 _____

By: _____ Scott ✓ _____

Title: ☐ Market Manager ☒ FC

c:    Legal (GM-EquityBreaches@7-11.com; FAX: (972) 828-5132)
      Store File



**7-Eleven, Inc.**

March 24, 2022

**Via Hand Delivery**
KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

    Re:    **7-ELEVEN STORE NO. 37039**
           **Notice of Material Breach – Late/Missing Cash Reports, Late/Missing Deposits**

Dear Syed Kazmi:

KRSM Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 1601 Princeton Ave in Lawrenceville, New Jersey (the "**Store**") under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**"). Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

In the Franchise Agreement, you promised us that you would properly prepare and submit Cash Reports daily and deposit the Receipts for each Collection Period into the Bank or night depository we designate within twenty-four (24) hours after the end of each Collection Period. You also promised us that you would keep all Receipts in the Store safe and currency control devices before depositing with the Bank.

**Your Breaches of the Franchise Agreement**
You have failed to comply with the terms of the Franchise Agreement because, on March 23, 2022, we conducted a cash audit at the Store and found that the Store's Receipts were not kept in the Store safe and currency control devices before depositing with the Bank as required by the Franchise Agreement. Specifically, during our cash audit, we found $640.00 in an unsecured drawer and $595.50 in the manager's office.

You have also failed to comply with the terms of the Franchise Agreement because you have not timely submitted the Store's Cash Reports. As of the date of preparation of this Notice – March 23, 2022 – there are at least five (5) missing Cash Reports, that is, you have not completed and submitted the Store's Cash Reports since at least March 18, 2022. We further note that, for the Cash Reports that have been submitted, they have been habitually late. For example, your Cash Report for February 7, 2022 was not submitted until February 20, 2022 (13 days late), your Cash Report for February 16, 2022 was not submitted until March 3, 2022 (15 days late), and your Cash Report for March 1, 2022 was not submitted until March 15, 2022 (6 days late). These are not all instances of tardy Cash Reports – they are examples, and as stated, your Cash Reports are submitted habitually late.

Because of your failure to complete and submit all Cash Reports, we are also unable to determine whether you have deposited the proper amounts due to be deposited with the Bank or whether you have made timely deposits corresponding to the days you have missing Cash Reports. However, we can observe from the Cash Reports you have submitted that your deposits are made habitually late. For example, your deposit due for the Cash Report date of February 7, 2022 did not occur until February 22, 2022 (14 days late), your deposit due for the Cash Report date of February 16, 2022 did not occur until March 7, 2022 (18 days late), and your deposit due for the Cash Report date of March 1, 2022 did not occur until March 18, 2022 (16 days late). Again, these are not all instances of tardy deposits – they are example, and as stated, your Bank deposits are also habitually late.

KRSM Inc.
Attn: Syed Kazmi
March 24, 2022
Page **2** of **2**

Please note that your obligation to properly prepare and submit Cash Reports daily and make timely Bank deposits of all Store Receipts are strict duties under the Franchise Agreement, and there is no excuse for your failure to do so. You must complete these tasks every day to remain in good standing as a franchisee.

**Opportunity to Cure Breach**

Under the terms of the Franchise Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach. If you have received more than three notices of material breach in the past two years, by allowing you the opportunity to cure the above-described Material Breach, we are not waiving, and reserve the right, to issue a Notice of Immediate Termination because of your numerous prior breaches.

You are allowed until **Tuesday, March 29, 2022 at 5:00PM EST** to cure the breach (the "**Notice Period**"). We will accept as a cure your submittal of all Cash Reports identified above as missing, as well as depositing with the Bank all deposits corresponding to the days you have missing Cash Reports. In addition, to cure this breach, you must (i) properly prepare and submit all Cash Reports that are now due or come due between now and the date of your cure; (ii) make the full amount of all future deposits with the Bank that are now due or that come due within the time required under the Agreement between now and the date of your cure; and (iii) use the Store's currency control devices in the Store as intended and directed by our operations and training materials to keep cash in the Store until being deposited with the Bank.

Further, to cure this breach and on our request for verification of your deposits, you must keep and maintain all Bank deposit records including deposit receipts and provide them to us immediately on our request.

Time is of the essence for your cure to occur. Among other things, this means that we reserve the right to terminate the Franchise Agreement even if you cure but do so untimely.

**Termination Warning**

If you do not cure this serious breach of the Agreement within the Notice Period, 7-Eleven elects to terminate the Franchise Agreement effective **Monday, May 22, 2022 at 7:00AM EST.**

**Reservation of Rights**

By issuing this Notice, 7-Eleven is not waiving any of its rights under the Franchise Agreement. In addition, 7-Eleven may take the following actions without waiving its right to (i) terminate the Agreement because of your Material Breach; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a)  collecting or accepting the 7-Eleven Charge;

(b)  debiting your Open Account with the 7-Eleven Charge;

(c)  continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System; or

(d)  continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

Sincerely,

**7-ELEVEN, INC.**

Jeff Menna
Market Manager



7-Eleven, Inc.

May 16, 2022

KRSM, Inc.
ATTN: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, New Jersey 08648

RE:   7 Eleven Store No. 2412-37039B (the "Store")
      **Notice of Material Breach – Failure to Operate the Store Consistent with the 7-Eleven Image -- Cleanliness and Foodservice Standards (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7 Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7 Eleven franchisee.

You agreed under the Agreement to:

1. participate in the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. comply with all mandatory standards, specifications, operating procedures and other material contained in the 7-Eleven Operations Manual;

3. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, any of our rights in or to the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

4. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code; and

5. comply with all of our merchandising and shelf life requirements with respect to Fresh Foods.

MATERIAL BREACH - FOODSERVICE STANDARDS:

You have failed to comply with the above described terms of the Agreement because, on April 21, 2022 we visited your store and observed **significant** cleanliness, Image and Foodservice Standards issues at the Store. The conditions that we observed included the following:

- There was trash scattered throughout the landscaped areas
- Exterior Trash cans were dirty and overflowing
- There was a missing ash tray on an exterior trash can
- Apron was dirty with stains
- There remains evidence of pest infestation
- Sales Counter, including equipment and fixtures, was dirty and had debris scattered throughout

Form No. B 004400802 E 0514
Image – Cleanliness & Foodservice Standards

Notice of Material Breach
Page 2 of 4

- Top of the bakery case was dusty and the door arms were covered in frosting
- There was handwritten price signage in the bakery case
- Roller grill was dirty
- Chili and cheese was not being held at proper temperature and was not properly code dated
- Chili/cheese dispenser was dirty
- Condiments were not properly code dated
- Hot Food was not properly code dated
- Hot Food area was dirty
- Employees were not following proper food handling and handwashing procedures
- Hot Food prep area was dirty
- Utensils were not properly not stored in sanitizer between uses
- There were expired BIBs
- Fountain cup area was dirty
- Hot beverage equipment was dirty
- Hot beverage condiments were not properly code dated
- Restroom was dirty - floor was covered in urine
- There was a missing toilet bowl lid
- There was not a lid on restroom trash can
- ATM area was dirty
- Interior floors were dirty throughout the store
- Interior trash cans were missing lids
- Walls by the BIBs were covered in syrup
- Shelves were dirty with evidence of rodent activity
- Glides in the dairy door were covered with mold
- Sufficient space was not maintained along all walls and aisles to permit proper cleaning and inspection for pest activity
- Unapproved chemicals were being used to clean/sanitize
- Employees were not using single use towels to clean/sanitize
- Cleaning tools were not properly stored
- Manager/Sales Associate was not certified by accredited program as required by state or local requirements
- Temperature Logs were not fully filled out for hot/cold holding foods, reheating food and equipment temperatures

We delivered a Letter of Notification to you on March 18, 2022 regarding your failure to operate the Store consistent with our Foodservice Standards, yet you have made little or no effort to address that issue.

The conditions observed at the Store are clearly inconsistent with the 7-Eleven Image and jeopardize the goodwill of the Service Mark, the Store, the 7-Eleven System, and the 7-Eleven Image,

Notice of Material Breach
Page 3 of 4

and are detrimental to 7-Eleven and other Franchisees.  By allowing these conditions to exist in the Store, you are in Material Breach of the Agreement.

OPPORTUNITY TO CURE:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

The Agreement gives you:

○ 3 days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and

○ 30 days after service of this Notice upon you to properly maintain the Store and Equipment.

TERMINATION WARNING:

If you do not cure this serious breach of the Agreement within the time allowed:

(i)    7 Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective after sixty (60) days following delivery of the Notice.

(ii)    7 Eleven shall set a date at least sixty (60) days after service of this Notice upon you as the time at which a final audit of the Inventory will be taken at the Store.  At that time, you shall immediately quit and deliver to 7 Eleven possession of the Store, the Equipment and the Inventory.

RESERVATION OF RIGHTS:

By issuing this notice, we are not waiving any of our rights under the Agreement.  In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

Notice of Material Breach
Page 4 of 4

---

DATE OF SERVICE:

☒ By certified mail,
   return receipt requested

Date postmarked ___5/17/22___

☐ In person to _____
   ☐ Franchisee
   ☐ Other Employee

☐ Dropped in Safe
   with a follow up phone call/text/e-mail to
   Franchisee    ☐ Yes ☐ No
   If phone call,    ☐ spoke directly to
                        Franchisee
                     ☐ left voice message

Time _____ a.m./p.m.

Date ___5/17/22___

By: ___Scott___ ✓

Title: ☐ Market Manager ☒ FC

---

c:    Field Consultant
      Store File
      Legal (erin.doherty@7-11.com)



**7-Eleven, Inc.**

May 18, 2022

**<u>Via Hand Delivery</u>**
KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

   **Re: 7-ELEVEN STORE NO. 37039**
     **Notice of Material Breach – Late/Missing Cash Reports, Late/Missing Deposits**

Dear Syed Kazmi:

KRSM Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 1601 Princeton Ave in Lawrenceville, New Jersey (the "**Store**") under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**").  Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

In the Franchise Agreement, you promised us that you would properly prepare and submit Cash Reports daily and deposit the Receipts for each Collection Period into the Bank or night depository we designate within twenty-four (24) hours after the end of each Collection Period.  You also promised us that you would keep all Receipts in the Store safe and currency control devices before depositing with the Bank.

**Your Breaches of the Franchise Agreement**
You have failed to comply with the terms of the Franchise Agreement because you have not timely deposited all the Store's Receipts with the Bank.  As of the date of preparation of this Notice – May 17, 2022, which includes banking data through May 16, 2022 – there are at least thirteen (11) missing deposits:

| Cash Report Date | Deposit Amount | Bank Deposit | Variance |
|---|---|---|---|
| 05/02/2022 | $11,300 | $0.00 | ($11,300) |
| 05/03/2022 | $12,600 | $0.00 | ($12,600) |
| 05/04/2022 | $14,300 | $0.00 | ($14,300) |
| 05/05/2022 | $11,000 | $0.00 | ($11,000) |
| 05/06/2022 | $10,500 | $0.00 | ($10,500) |
| 05/07/2022 | $ 4,200 | $0.00 | ($ 4,200) |
| 05/08/2022 | $ 5,700 | $0.00 | ($ 5,700) |
| 05/09/2022 | $ 7,100 | $0.00 | ($ 7,100) |
| 05/10/2022 | $ 4,500 | $0.00 | ($ 4,500) |
| 05/11/2022 | $ 2,600 | $0.00 | ($ 2,600) |
| 05/12/2022 | $ 2,400 | $0.00 | ($ 2,400) |
| | | | **TOTAL ($86,200.00)** |

You have also failed to comply with the terms of the Franchise Agreement because you have not timely submitted the Store's Cash Reports.  As of the date of preparation of this Notice, there are at least four (4) missing Cash Reports, that is, you have not completed and submitted the Store's Cash Reports since (and including) May 13, 2022, and the deposits due for those dates, which amounts are not presently known to us, are also missing.

For the deposits you have made, we note that they are routinely late.  For example, your deposit due for April 1, 2022 was not made until April 11, 2022 (9 days late), your deposit due for April 18 was not made until April 25 (6 days late), and your deposit due for April 25, 2022 was not made until May 4, 2022 (8 days

KRSM Inc.
Attn: Syed Kazmi
May 18, 2022
Page **2** of **2**

late). These are not all instances of late deposits – they are examples, and as stated, your Bank deposits are routinely late.

We further note that for the Cash Reports that have been submitted, they have been habitually late.  For example, your Cash Report for April 18, 2022 was not submitted until April 25, 2022 (6 days late), your cash report for April 25, 2022 was not submitted until May 3, 2022 (7 days late), and your Cash Report for May 2, 2022 was not submitted until May 14, 2022 (11 days late).  are not all instances of tardy Cash Reports – they are examples, and as stated, your Cash Reports are submitted habitually late.

Please note that your obligation to properly prepare and submit Cash Reports daily and make timely Bank deposits of all Store Receipts are strict duties under the Franchise Agreement, and there is no excuse for your failure to do so.  You must complete these tasks every day to remain in good standing as a franchisee.

**Opportunity to Cure Breach**
You are allowed until **Wednesday, May 25, 2022 at 5:00PM EDT** cure the breach (the "**Notice Period**"). We will accept as a cure your submittal of all Cash Reports identified above as missing, as well as depositing with the Bank all deposits corresponding to the days you have missing Cash Reports.

In addition, to cure this breach, you must (i) properly prepare and submit all Cash Reports that are now due or come due between now and the date of your cure; (ii) make the full amount of all future deposits with the Bank that are now due or that come due within the time required under the Agreement between now and the date of your cure; and (iii) use the Store's currency control devices in the Store as intended and directed by our operations and training materials to keep cash in the Store until being deposited with the Bank.

Further, to cure this breach and on our request for verification of your deposits, you must keep and maintain all Bank deposit records including deposit receipts and provide them to us immediately on our request.

**Termination for Failure to Cure**
If you do not cure this serious breach of the Agreement within the Notice Period, 7-Eleven elects to terminate the Franchise Agreement effective **Friday July 22, 2022 at 7:00AM EDT.**

**Reservation of Rights**
By issuing this Notice, 7-Eleven is not waiving any of its rights under the Franchise Agreement.  In addition, 7-Eleven may take the following actions without waiving its right to (i) terminate the Agreement because of your Material Breach; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a)    collecting or accepting the 7-Eleven Charge;

(b)    debiting your Open Account with the 7-Eleven Charge;

(c)    continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System; or

(d)    continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

Sincerely,

**7-ELEVEN, INC.**

Jeff Menna

Jeff Menna
Market Manager



**7-Eleven, Inc.**

May 18, 2022

<u>**VIA HAND DELIVERY**</u>
KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

> **Re:    7-ELEVEN STORE NO. 37039**
> **Notice of Material Breach – Minimum Net Worth**

Dear Syed Kazmi:

KRSM Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 1601 Princeton Ave in Lawrenceville, New Jersey (the "**Store**") under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**").  Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

In the Franchise Agreement, you promised us that you would always maintain a Minimum Net Worth of at least $10,000.00.

**<u>Minimum Net Worth Breach</u>**
You have failed to comply with the terms of the Franchise Agreement because your Financial Summaries as of April 30, 2022 reflect a Net Worth of (negative) <$21,384.53>. This is $31,384.53 less than the Minimum Net Worth of $10,000.00 required by the Franchise Agreement.

**<u>Opportunity to Cure</u>**
You are allowed until **Wednesday, May 25, 2022 at 5:00PM EDT** to cure the breach (the "**Notice Period**") by increasing your Net Worth to the required Minimum Net Worth. To cure, you are expected to make an equity deposit of sufficient funds so that the Store's Net Worth is restored to at least the Minimum Net Worth of $10,000.00.

Time is of the essence for your cure to occur.  Among other things, this means that we reserve the right to terminate the Franchise Agreement even if you cure but do so untimely.  In addition, to cure, you must have properly completed all cash reports and made all deposits due through the date of your cure.

**<u>Termination for Failure to Cure</u>**
If you do not cure this serious breach of the Agreement within the Notice Period, 7-Eleven elects to terminate the Franchise Agreement effective **Friday July 22, 2022 at 7:00AM EDT.**

**<u>Reservation of Rights</u>**
By issuing this Notice, we are not waiving any of our rights under the Franchise Agreement.  In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment;

KRSM Inc.
Attn: Syed Kazmi
May 18, 2022
Page **2** of **2**

or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a)     collecting or accepting the 7-Eleven Charge;

(b)     debiting your Open Account with the 7-Eleven Charge;

(c)     continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System; and/or

(d)     continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

Sincerely,

**7-ELEVEN, INC.**

Jeff Menna
Market Manager



7-Eleven, Inc.

June _16_, 2022

KRSM INC.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:  7 Eleven Store No. 2412-37039B (the "Store")
**Notice of Material Breach – Failure to Operate the Store Consistent with the 7-Eleven Image; Failure to Comply with Foodservice Standards – Out of Code Product (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code;

4. comply with all mandatory standards, specifications, operating procedures and other material contained in the 7-Eleven Operations Manual;

5. comply with all of our merchandising and shelf life requirements with respect to Fresh Foods;

6. carry, use and offer for sale at the Store only the Inventory and other products that are consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and as we specify in the Agreement; and

Form No. B 004400801  E  0514
2004 Agreement Edition & Later – Curable
Image – Foodservice Standards - Out of Code Products
80286190v.1

Notice of Material Breach
Page 2 of 3

7. comply with all of our standards and specifications for all Inventory, including Proprietary Products, Required Categories and other products and services carried, used or offered for sale at the Store.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because, on May 26, 2022, we visited your store and observed significant foodservice and Image issues at the Store. The conditions that we observed included the following:

- Multiple BIBs out of code
- Hot food visibly old and out of code
- Hot food timers not set, hot food not properly coded

We have counseled you on numerous occasions about these ongoing problems at the Store. Food quality is extremely important for our guest but you continue to engage in activity that is not consistent with the 7-Eleven Image. This is a very serious Material Breach of the Agreement.

7-Eleven enjoys a nationwide reputation of a wholesome, neighborhood family store. The actions described above and the sale of these items violates the 7-Eleven Foodservice Standards and the requirements of our merchandising and shelf life requirements, and jeopardizes the 7-Eleven Image, the goodwill of the Service Mark, the Store, and the 7-Eleven System, and is a Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

The Agreement gives you 3 days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities.

In order to cure this Material Breach, you should take such actions to ensure that you are in compliance with the terms of the Agreement by making certain that the Inventory at the Store is consistent the type, quantity, quality, and variety associated with the 7-Eleven Image and consistent with the 7-Eleven Foodservice Standards. Additionally, due to the food safety concerns of making out of code product available to guests, you must immediately remove any out of code products from your shelves and account for such bad merchandise as provided for in the Agreement.

7-ELEVEN ACTION:

If you do not cure this serious breach of the Agreement within the time allowed, we may terminate the Franchise Agreement by separate written notice.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

80286190v.1

Notice of Material Breach
Page 3 of 3

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Manager

| DATE OF SERVICE: | |
|---|---|
| ☐ By certified mail, return receipt requested | ☒ In person to _____ Smile ☐ Franchisee ☒ Other Employee |
| Date postmarked _____ | ☐ Dropped in Safe with a follow up phone call/text/e-mail to Franchisee ☐ Yes ☐ No |
| | If phone call, ☐ spoke directly to Franchisee |
| | ☐ left voice message |
| | Time _____ 200 _____ a.m./p.m. |
| | Date _____ 6/16/22 |
| | By: _____ Scott |
| | Title: ☐ Market Manager ☒ FC |

c:      Field Consultant
        Store File
        Sandy Saden (lassaundra.saden@7-11.com)

80286190v.1



7-Eleven, Inc.

July ⎪⎪, 2022

KRSM, Inc.
ATTN: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, New Jersey 08648

Re:    7-ELEVEN STORE NO. 2412-37039
       Notice of Material Breach — Late/Missing Deposits

Dear Syed Kazmi:

You operate the 7-Eleven® convenience store business at 1601 Princeton Avenue, Lawrenceville, New Jersey (the **"Store"**) under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "Franchise **Agreement**") with 7-Eleven, Inc. **("we", "us" or "our").** Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

In the Franchise Agreement, you promised us that you would properly prepare and submit Cash Reports daily and deposit the Receipts for each Collection Period into the Bank or night depository we designate within twenty-four (24) hours after the end of each Collection Period . You also promised us that you would keep all Receipts in the Store safe and currency control devices before depositing with the Bank.

## Material Breach — Failure to Make Timely Bank Deposits

You have failed to comply with the terms of the Franchise Agreement because you have not timely deposited all the Store's Receipts with the Bank. As of the date of preparation of this Notice — July 5, 2022 — there are at least ten (10) missing deposits (in whole or in part):

| Cash Report Date | Deposit Amount | Bank Deposit | Variance |
|---|---|---|---|
| June 13, 2022 | $1,800.00 | $0.00 | ($1,800.00) |
| June 14, 2022 | $1,100.00 | $0.00 | ($1,1000.00) |
| June 15, 2022 | $400.00 | $0.00 | ($400.00) |
| June 16, 2022 | $1,400.00 | $0.00 | ($1,400.00) |
| June 17, 2022 | $1,200.00 | $0.00 | ($1,200.00) |
| June 18, 2022 | $900.00 | $0.00 | ($900.00) |
| June 19, 2022 | $1,100.00 | $0.00 | ($1,100.00) |
| June 20, 2022 | $1,400.00 | $0.00 | ($1,400.00) |
| June 21, 2022 | $600.00 | $0.00 | ($600.00) |
| June 22, 2022 | $1,400.00 | $0.00 | ($1,400.00) |
| | | TOTAL | ($11,300.00) |

We also note that for the Bank deposits that have occurred, they have been habitually tardy. For example, your Bank deposit due for May 13, 2022 did not occur until May 25, 2022 (11 days late), your

Form No. B 004400603  06/2004  B
Missing Deposits

Notice of Material Breach - Missing/Late Deposits
Page 2 of 3

Bank deposit due for May 31, 2022 did not occur until June 7, 2022 (6 days late), and your Bank deposit due for June 5, 2022 also did not occur until June 15, 2022 (9 days late). These are not all instances of tardy deposits — they are examples and, as stated, your deposits are habitually late.

In addition, as of the date of preparation of this Notice – July 5, 2022 – you have not completed and submitted the Store's Cash Reports since June 13, 2022. And, because of your failure to complete and submit all Cash Reports, we are also unable to determine whether you have deposited the proper amounts due to be deposited with the Bank or whether you have made timely deposits corresponding to the days you have missing Cash Reports.

Please note that your obligation to complete and submit Cash Reports daily and make timely Bank deposits of all Store Receipts are strict duties under the Franchise Agreement, and there is no excuse for your failure to do so. You must complete these tasks every day to remain in good standing as a franchisee.

**Opportunity to Cure Breach**

Under the terms of the Franchise Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach. If you have received more than three notices of material breach in the past two years, by allowing you the opportunity to cure the above-described Material Breach, we are not waiving, and reserve the right, to issue a Notice of Immediate Termination because of your numerous prior breaches.

You are allowed until 5:00PM EDT on the fifth calendar day following your receipt of this Notice to cure the breaches (the **"Notice Period"**). We will accept as a cure your deposit with the Bank of all the deposits identified above as missing. In addition, to cure this breach, you must (i) properly prepare and submit all Cash Reports that are now due or come due between now and the date of your cure; (ii) make the full amount of all future deposits with the Bank that are now due or that come due within the time required under the Franchise Agreement between now and the date of your cure; and (iii) use the Store's currency control devices in the Store as intended and directed by our operations and training materials to keep cash in the Store until being deposited with the Bank.

Further, to cure this breach and on our request for verification of your deposits, you must keep and maintain all Bank deposit records including deposit receipts and provide them to us immediately on our request.

Time is of the essence for your cure to occur. Among other things, this means that we reserve the right to terminate the Franchise Agreement even if you cure but do so untimely.

**Termination Warning**

If you do not cure this serious breach of the Franchise Agreement within the Notice Period, 7-Eleven may elect to terminate the Franchise Agreement by separate notice to you.

**Reservation of Rights**

By issuing this Notice, 7-Eleven is not waiving any of its rights under the Franchise Agreement. In addition, 7-Eleven may take the following actions without waiving its right to (i) terminate the Franchise Agreement because of your Material Breaches; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

      (a)    collecting or accepting the 7-Eleven Charge;

      (b)    debiting your Open Account with the 7-Eleven Charge;

84827214v.1

Notice of Material Breach - Missing/Late Deposits
Page 3 of 3

(c)    continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System; or

(d)    continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Franchise Agreement, including paying for your Inventory purchases.

Sincerely,

*Jeff Menna*

_____
Jeff Menna
Market Manager

---

DATE OF SERVICE:

☐  By certified mail,
    return receipt requested

☒  In person to _____ Same _____
                              ☐ Franchisee
                              ☒ Other Employee

Date postmarked _____

☐  Dropped in Safe
   with a follow up phone call/text/e-mail to
   Franchisee    ☐ Yes  ☐ No
   If phone call,    ☐  spoke directly to
                         Franchisee

                     ☐  left voice message

   Time ___2 00___ a.m./p.m.
   Date ___7/11/22___
   By: ___Scott___ ✓
   Title: ☐ Market Manager  ☒ FC

c:    Area Leader
      Legal (lassaundra.saden@7-11.com)
      Store File

84827214v.1



7-Eleven, Inc.

July , 2022

KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:    7 Eleven Store No. 2412-37039B (the "Store")
**Notice of Material Breach – Failure to Operate the Store Consistent with the 7-Eleven Image; Failure to Comply with Foodservice Standards – Out of Code Product (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code;

4. comply with all mandatory standards, specifications, operating procedures and other material contained in the 7-Eleven Operations Manual;

5. comply with all of our merchandising and shelf life requirements with respect to Fresh Foods;

6. carry, use and offer for sale at the Store only the Inventory and other products that are consistent with the type, quantity, quality, and variety associated with the 7-Eleven Image and as we specify in the Agreement; and

Form No. B 004400801  E  0514
2004 Agreement Edition & Later – Curable
Image – Foodservice Standards - Out of Code Products
80286190v.1

Notice of Material Breach
Page 2 of 4

> 7. comply with all of our standards and specifications for all Inventory, including Proprietary Products, Required Categories and other products and services carried, used or offered for sale at the Store.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because, on July 11, 2022, we visited your store and observed significant foodservice and Image issues at the Store. The conditions that we observed included the following:

- Missing code dates on grill condiments
- Hot food timers not set
- Hot food visually out of code
- Multiple expired BIBs
- Coffee urn timers not working
- Multiple expired boxes of taquitos

We have counseled you on numerous occasions about these ongoing problems at the Store. Food quality is extremely important for our guest but you continue to engage in activity that is not consistent with the 7-Eleven Image. This is a very serious Material Breach of the Agreement.

7-Eleven enjoys a nationwide reputation of a wholesome, neighborhood family store. The actions described above and the sale of these items violates the 7-Eleven Foodservice Standards and the requirements of our merchandising and shelf life requirements, and jeopardizes the 7-Eleven Image, the goodwill of the Service Mark, the Store, and the 7-Eleven System, and is a Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

The Agreement gives you 3 days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities.

In order to cure this Material Breach, you should take such actions to ensure that you are in compliance with the terms of the Agreement by making certain that the Inventory at the Store is consistent the type, quantity, quality, and variety associated with the 7-Eleven Image and consistent with the 7-Eleven Foodservice Standards. Additionally, due to the food safety concerns of making out of code product available to guests, you must immediately remove any out of code products from your shelves and account for such bad merchandise as provided for in the Agreement.

7-ELEVEN ACTION:

If you do not cure this serious breach of the Agreement within the time allowed, we may terminate the Franchise Agreement by separate written notice.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement;

80286190v.1

Notice of Material Breach
Page 3 of 4

(ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

    (a) collecting or accepting the 7-Eleven Charge;

    (b) debiting your Open Account with the 7-Eleven Charge;

    (c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

    (d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Leader

80286190v.1

Notice of Material Breach
Page 4 of 4

DATE OF SERVICE:

☐ By certified mail,
    return receipt requested

☒ In person to _____ _Somip_____
            ☐ Franchisee
            ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe

with a follow up phone call/text/e-mail to
Franchisee ☐ Yes ☐ No
If phone call,    ☐ spoke directly to
                   Franchisee

             ☐ left voice message

Time ___2-33___ a.m./p̶.m̶.
Date ___7/28/22___
By: ___Scott ✓___
Title: ☐ Market Leader ☒ Area Leader

c:    Field Consultant
      Store File
      Sandy Saden (sandy.saden@7-11.com)

80286190v.1



7-Eleven, Inc.

July 28, 2022

KRSM Inc.
Attn:  Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:   7-Eleven Store No. 2412-37039B (the "Store")
      **Notice of Material Breach – Failure to Operate the Store Consistent with the 7-Eleven Image; Failure to Comply with Foodservice Standards -- Store Cleanliness (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement dated October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. maintain the Store, 7-Eleven Equipment, other property in the Store and landscaped areas in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition; and

4. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code.

Notice of Material Breach
DATE
Page 2 of 4

MATERIAL BREACH:

You have failed to comply with the above described terms of the Agreement because, on July 11, 2022 we visited your store and observed **significant** cleanliness and Image issues at the Store.   The conditions that we observed included the following:

- Litter in exterior landscaping
- Dumpster lids not closed
- Dirty exterior trash cans
- Dirty sidewalk apron
- Dirty front counter candy shelves
- Dirty fresh bakery case
- Dirty oven
- Dirty fountain machine
- Dirty prop beverage cabinets
- Dirty coffee urns
- Dirty restroom
- Dirty ceilings on sales floor
- BOH wall covered in syrup
- Rodent droppings on center of store shelving
- Mold on vault glides

We have counseled you on numerous occasions about these ongoing problems at the Store.  Food quality is extremely important for our guest but you continue to engage in activity that is not consistent with the 7-Eleven Image.  This is a very serious Material Breach of the Agreement.

The conditions observed at the Store are clearly inconsistent with the 7-Eleven Image and jeopardize the goodwill of the Service Mark, the Store, the 7-Eleven System, and the 7-Eleven Image, and are detrimental to 7-Eleven and other Franchisees.  By allowing these conditions to exist in the Store, you are in Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

The Agreement gives you:

- 72 hours after service of this Notice of Material Breach to ensure that the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition;

- 3 Calendar Days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and

Notice of Material Breach
DATE
Page 3 of 4

     o  45 Calendar Days after service of this Notice upon you to properly maintain the Store and Equipment.

If you do not take the necessary steps to ensure that the Store, 7-Eleven Equipment, other property in the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition within 72 hours from the delivery of this Notice, pursuant to our rights under the Agreement, we reserve the right to cause any additional, necessary cleaning to be performed and charge your Open Account with the cost thereof.

Further, if you do not take the necessary steps to ensure that the Store is in compliance with our Foodservice Standards related to Foodservice Facilities within 3 Calendar Days from the delivery of this Notice, we may perform (or have performed) any action we deem necessary to remedy the Material Breach in addition to all other remedies available to us under the Agreement, including the potential termination of the Agreement.

7-ELEVEN ACTION:

If you do not cure the serious Material Breaches of the Agreement within the Notice Periods described above:

(i) 7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the expiration of the Notice Periods described above.

(ii) At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

Notice of Material Breach
DATE
Page 4 of 4

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

*Jeff Menna*

Jeff Menna
Market Leader

| DATE OF SERVICE: | |
|---|---|
| ☐ By certified mail, return receipt requested | ☒ In person to ___Sammp___ <br> ☐ Franchisee <br> ☒ Other Employee |
| Date postmarked _____ | ☐ Dropped in Safe <br> with a follow up phone call/text/e-mail to Franchisee ☐ Yes ☐ No <br> If phone call, ☐ spoke directly to Franchisee <br> ☐ left voice message <br> Time ___2:33___ a.m/(p.m.) <br> Date___7/28/22___ <br> By: ___Scott___ <br> Title: ☐ Market Leader ☒ Area Leader |

c:    Field Consultant
      Legal – sandy.saden@7-11.com
      Store File



**7-Eleven, Inc.**

July 28, 2022

KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:   7-Eleven Store No. 2412-37039B (the "Store")
      **Notice of Material Breach – Minimum Net Worth (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to maintain a Minimum Net Worth of $10,000.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because your Financial Summaries as of June 30, 2022, reflect a Net Worth of (negative)<$17,197>. This is $27,197 less than the Minimum Net Worth of $10,000 required by the Franchise Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

You have three (3) Business Days (the "Notice Period"), which excludes Saturday, Sunday and legal holidays, after receiving this Notice to increase your Net Worth to the Minimum Net Worth that is required under the Agreement.

7-ELEVEN ACTION:

If you do not cure this serious breach of the Agreement by increasing your Net Worth to the required level within the time allowed:

(i)     7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the end of the Notice Period.

Form No. B 004400601 06/2004 A
2004 Agreement Edition & Later – Curable

Notice of Material Breach
Page 2 of 3

(ii)     7-Eleven sets _____, 20___, beginning at _____ a.m./p.m. as the time at which a final audit of the Inventory will be taken at the Store. At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Leader

Notice of Material Breach
Page 3 of 3

DATE OF SERVICE:

☐ By certified mail,
   return receipt requested

☒ In person to ___Samie___
   ☐ Franchisee
   ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
   with a follow up phone call/text/e-mail to
   Franchisee ☐ Yes ☐ No
   If phone call,  ☐  spoke directly to
                       Franchisee

                ☐ left voice message

Time ___2:33 PM 9a.m___
Date ___7/28/22___
By: ___Scott___
Title: ☐ Market Leader ☒ Area Leader

c:    Legal- sandy.saden@7-11.com
      Store File



7-Eleven, Inc.

September 2, 2022

KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:    7-Eleven Store No. 2412-37039B (the "Store")
       **Notice of Material Breach – Minimum Net Worth (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to maintain a Minimum Net Worth of $10,000.

MATERIAL BREACH:

You have failed to comply with the terms of the Agreement because your Financial Summaries as of July 31, 2022, reflect a Net Worth of (negative)<$9,470>. This is $19,470 less than the Minimum Net Worth of $10,000 required by the Franchise Agreement.

RIGHT TO CURE MATERIAL BREACH:

Under the terms of the Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach.

You have three (3) Business Days (the "Notice Period"), which excludes Saturday, Sunday and legal holidays, after receiving this Notice to increase your Net Worth to the Minimum Net Worth that is required under the Agreement.

7-ELEVEN ACTION:

If you do not cure this serious breach of the Agreement by increasing your Net Worth to the required level within the time allowed:

(i)    7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the end of the Notice Period.

Form No. B 004400601 06/2004 A
2004 Agreement Edition & Later – Curable

Notice of Material Breach
Page 2 of 3

(ii)    7-Eleven sets _____, 20___, beginning at _____ a.m./p.m. as the time at which a final audit of the Inventory will be taken at the Store. At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna
Market Leader

Notice of Material Breach
Page 3 of 3

| | |
|---|---|
| **DATE OF SERVICE:** | |
| ☐ By certified mail, return receipt requested | ☒ In person to ___Sammie___ <br> ☐ Franchisee <br> ☒ Other Employee |
| Date postmarked _____ | ☐ Dropped in Safe <br> with a follow up phone call/text/e-mail to Franchisee ☐ Yes ☐ No <br> If phone call, ☐ spoke directly to Franchisee <br> ☐ left voice message <br><br> Time ___11:55 AM 9a.m.___ <br> Date ___9/2/22___ <br> By: ___Scott W___ <br> Title: ☐ Market Leader ☒ Area Leader |

c:    Legal- sandy.saden@7-11.com
      Store File



**7-Eleven, Inc.**

September 𝟸1, 2022

**Via Hand Delivery**

KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

> **Re:    7-ELEVEN STORE NO.** 2412-37039B
> **Notice of Material Breach – Late Cash Reports, Late Deposits**

Dear Syed:

KRSM Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 1601 Princeton Ave Lawrenceville, NJ  08648 (the "**Store**") under the terms and conditions of a franchise agreement, addenda, amendments, and collateral agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**").  Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

In the Franchise Agreement, you promised us that you would properly prepare and submit Cash Reports daily and deposit the Receipts for each Collection Period into the Bank or night depository we designate within twenty-four (24) hours after the end of each Collection Period.  You also promised us that you would keep all Receipts in the Store safe and currency control devices before depositing with the Bank.

**Material Breach -- Cash Reports, Deposits**

You have failed to comply with the terms of the Franchise Agreement because your Cash Reports are completed and submitted habitually late.  For example, your Cash Report due for August 16, 2022  was not submitted until August 25, 2022 (9 days late), your Cash Report due for August 17, 2022 was not submitted until August 25, 2022 (8 days late), and your Cash Report due for August 18, 2022 was not submitted until August 25, 2022 (7 days late). Again, these are not all instances of tardy Cash Reports – they are examples and, as stated, your Cash Reports are submitted habitually late.

You have also failed to comply with the terms of the Franchise Agreement because your deposits with the Bank are habitually tardy.  For example, your Bank deposit due for August 16, 2022 did not occur until August 29, 2022 (12 days late), your Bank deposit due for August 17, 2022 did not occur until August 29, 2022 (11 days late), and your Bank deposit due for August 18, 2022 did not occur until August 29, 2022 (9

FORM #4400602 06/2004 B
Breach – Late Cash Reports, Late Deposits

Notice of Material Breach
Page 2 of 3

days late). These are not all the instances of tardy deposits – they are examples and, as stated, your Bank deposits are habitually late.

Please note that your obligation to complete and submit Cash Reports daily and make timely Bank deposits of all Store Receipts are strict duties under the Franchise Agreement, and there is no excuse for your failure to do so. You must complete these tasks every day to remain in good standing as a franchisee.

**Opportunity to Cure Breach**

Under the terms of the Franchise Agreement, you have the right to cure certain Material Breaches if you have not previously received three (3) Notices of Material Breach in the two (2) years prior to the occurrence of a fourth (4th) Material Breach. If you have received more than three Notices of Material Breach in the past two years, by allowing you the opportunity to cure the above-described Material Breach, we are not waiving, and reserve the right, to issue a Notice of Immediate Termination because of your numerous prior breaches.

To cure this breach, you must: (i) submit all future Cash Reports that are now due or come due within the time required under the Agreement; (ii) make the full amount of all future deposits with the Bank that are now due or that come due within twenty-four hours after the end of each Collection Period; and (iii) use the Store's currency control devices in the Store as intended and directed by our operations and training materials to keep cash in the Store until being deposited with the Bank.

Further, to cure this breach and on our request for verification of your deposits, you must keep and maintain all Bank deposit records including deposit receipts and provide them to us immediately on our request.

In the event that you continue to tardily submit Cash Reports or make untimely deposits with the Bank, we reserve the right to take more formal action pursuant to the terms of the Franchise Agreement, including the possible termination of the Franchise Agreement.

**Reservation of Rights**

By issuing this Notice, 7-Eleven is not waiving any of its rights under the Franchise Agreement. In addition, 7-Eleven may take the following actions without waiving its right to (i) terminate the Franchise Agreement because of your Material Breach; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a)     collecting or accepting the 7-Eleven Charge;

(b)     debiting your Open Account with the 7-Eleven Charge;

(c)     continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System; or

Notice of Material Breach
Page 3 of 3

(d)   continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Franchise Agreement, including paying for your Inventory purchases.

Sincerely,

**7-ELEVEN, INC.**

Jeff Menna
Market Leader

DATE OF SERVICE:

☐ By certified mail, return receipt requested

☒ In person to _____ Sammie _____
☐ Franchisee
☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
with a follow up phone call/text/e-mail to
Franchisee     ☐ Yes ☐ No
If phone call,      ☐ spoke directly to Franchisee
                   ☐ left voice message

Time ___ 2:02 ___ a.m./p.m.
Date ___ 9/21/22 ___
By: ___ Scott ___
Title: ☐ Market Manager ☒ Area Leader

c:   Area Leader
     Legal (sandy.saden@7-11.com)
     Store File



7-Eleven, Inc.

September 21, 2022

KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Ave
Lawrenceville, NJ  08648

RE:     7-Eleven Store No. 2412-37039B (the "Store")
        **Notice of Material Breach – Failure to Operate the Store Consistent
        with the 7-Eleven Image; Failure to Comply with Foodservice
        Standards -- Store Cleanliness (the "Notice")**

Dear Syed:

You and 7-Eleven, Inc. ("we," "us," "our" or "7-Eleven") entered into a 7-Eleven Store Franchise Agreement effective October 25, 2017 (the "Agreement"), covering your operation of the Store as a 7-Eleven franchisee.

You agreed under the Agreement to:

1. operate the Store only pursuant to the 7-Eleven System, and in a manner that will enhance the 7-Eleven Image;

2. not commit any act which would adversely affect or be detrimental to 7-Eleven, other Franchisees, the Service Mark, the 7-Eleven Image, or the 7-Eleven System;

3. maintain the Store, 7-Eleven Equipment, other property in the Store and landscaped areas in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition; and

4. operate the Store, including the Foodservice Facility, at all times in compliance with the 7-Eleven Foodservice Standards and in compliance with all applicable laws, regulations and codes, including the U.S. Food & Drug Administration Model Food Code.

Notice of Material Breach
DATE
Page 2 of 4

MATERIAL BREACH:

You have failed to comply with the above described terms of the Agreement because, on September 2, 2022 we visited your store and observed **significant** cleanliness and Image issues at the Store. The conditions that we observed included the following:

- Trash and litter outside not picked up
- Dirty trashcans missing ash trays (damaged)
- Filthy restroom
- Dirty shelving around store
- Rodent droppings on shelving
- Dirty roller grill glass
- Dirty hot food display pans
- Cold condiments not coded

We have counseled you on numerous occasions about these ongoing problems at the Store. Food quality is extremely important for our guest, but you continue to engage in activity that is not consistent with the 7-Eleven Image. This is a very serious Material Breach of the Agreement.

The conditions observed at the Store are clearly inconsistent with the 7-Eleven Image and jeopardize the goodwill of the Service Mark, the Store, the 7-Eleven System, and the 7-Eleven Image, and are detrimental to 7-Eleven and other Franchisees. By allowing these conditions to exist in the Store, you are in Material Breach of the Agreement.

RIGHT TO CURE MATERIAL BREACH:

The Agreement gives you:

- o 72 hours after service of this Notice of Material Breach to ensure that the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition;
- o 3 Calendar Days after service Notice upon you to comply with any of the 7-Eleven Foodservice Standards related to Foodservice Facilities; and
- o 45 Calendar Days after service of this Notice upon you to properly maintain the Store and Equipment.

If you do not take the necessary steps to ensure that the Store, 7-Eleven Equipment, other property in the Store and the landscaped areas are in a clean, attractive, orderly, safe, and sanitary condition and in good repair and operating condition within 72 hours from the delivery of this Notice, pursuant to our rights under the Agreement, we reserve the right to cause any additional, necessary cleaning to be performed and charge your Open Account with the cost thereof.

Form No. B 004400802 5/2014 E
2004 Agreement Edition & Later – Curable
Image – Cleanliness & Foodservice Standards

Notice of Material Breach
DATE
Page 3 of 4

Further, if you do not take the necessary steps to ensure that the Store is in compliance with our Foodservice Standards related to Foodservice Facilities within 3 Calendar Days from the delivery of this Notice, we may perform (or have performed) any action we deem necessary to remedy the Material Breach in addition to all other remedies available to us under the Agreement, including the potential termination of the Agreement.

7-ELEVEN ACTION:

If you do not cure the serious Material Breaches of the Agreement within the Notice Periods described above:

(i) 7-Eleven elects to and does terminate the Agreement, including, but not limited to, your service mark license, your right to use the trade secrets, and your Lease of the Store and Equipment, and elects to and declares your Lease of the Store and Equipment forfeited, all effective immediately after the expiration of the Notice Periods described above.

(ii) At that time, you shall immediately quit and deliver to 7-Eleven possession of the Store, the Equipment and the Inventory.

By issuing this notice, we are not waiving any of our rights under the Agreement. In addition, we may take the following actions without waiving our right to (i) terminate the Agreement because of your Material Breach of the Agreement; (ii) declare a forfeiture of the Lease of the Store and Equipment; or (iii) take any action to recover possession of the Store and Equipment and the Inventory:

(a) collecting or accepting the 7-Eleven Charge;

(b) debiting your Open Account with the 7-Eleven Charge;

(c) continuing to allow you the use of the Store and Equipment, the Inventory, the Service Mark License, the Trade Secrets or the 7-Eleven System;

(d) continuing to otherwise transact business with you or on your behalf, including, but not limited to, furnishing you with the various benefits and services provided for in the Agreement, including paying for your Inventory purchases.

If you have any questions, or wish to discuss this matter, feel free to call me.

Sincerely,

Jeff Menna

Jeff Menna
Market Leader

Form No. B 004400802 5/2014 E
2004 Agreement Edition & Later – Curable
Image – Cleanliness & Foodservice Standards

Notice of Material Breach
DATE
Page 4 of 4

---

DATE OF SERVICE:

☐ By certified mail,
return receipt requested

☒ In person to _____ Sammie _____
  ☐ Franchisee
  ☒ Other Employee

Date postmarked _____

☐ Dropped in Safe
with a follow up phone call/text/e-mail to
Franchisee  ☐ Yes ☐ No
If phone call,  ☐ spoke directly to
   Franchisee

☐ left voice message

Time ___2:02___ a.m./p.m.
Date___9/21/22___
By: ___Scott___
Title: ☐ Market Leader ☒ Area Leader

---

c:    Field Consultant
      Legal – sandy.saden@7-11.com
      Store File

Form No. B 004400802 5/2014 E
2004 Agreement Edition & Later – Curable
Image – Cleanliness & Foodservice Standards