# EXHIBIT C



**7-Eleven, Inc.**

October 4, 2022

**Via Hand Delivery**
KRSM Inc.
Attn: Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

RE:    <u>**NOTICE OF MATERIAL BREACH AND TERMINATION**</u>
(**7-ELEVEN STORE NO. 37039**)

**TERMINATION EFFECTIVE DATE:  DECEMBER 9, 2022 7:00AM EST**

Dear Syed Kazmi:

We are terminating the Franchise Agreement effective Friday, December 9, 2022 at 7:00AM EST.  We are terminating the Franchise Agreement because you have repeatedly violated the Franchise Agreement notwithstanding our multiple warnings and formal notices of breach. Capitalized terms not defined in this Notice shall have the same meaning as in the Franchise Agreement.

**The Store and Franchise Agreement**
KRSM Inc. ("**you**" or "**your**") operates the 7-Eleven® convenience store business at 1601 Princeton Avenue in Lawrenceville, New Jersey (the "**Store**") under the terms and conditions of a franchise agreement, addenda, and ancillary agreements (collectively, the "**Franchise Agreement**") with 7-Eleven, Inc. ("**we**", "**us**" or "**our**").

In the Franchise Agreement, you promised us that you would always maintain a Minimum Net Worth of at least $10,000.00.

Per Section 26(a) of the Franchise Agreement, we are permitted to terminate the Franchise Agreement for your repeated non-compliance with its terms. Specifically, if you have failed to comply with the terms of the Franchise Agreement on four (4) or more occasions within a twenty-four-month period, we may terminate the Franchise Agreement. Our right to terminate in such circumstances is irrespective of whether you have corrected your prior failures to comply with the terms of the Franchise Agreement.

**Your Repeated Failures to Comply with the Franchise Agreement**
Since January 28, 2021, we have delivered to you eighteen (18) Notices of Material Breach, all relating to your failures to conform to the specifications and standards you promised us would be met in the Franchise Agreement:

| Delivery Date | LON/Breach | Subject/Nature |
|---|---|---|
| 01/28/2021 | Breach | Minimum Net Worth |
| 01/28/2021 | Breach | Image – Merchandise/Cleanliness |
| 01/28/2021 | Breach | Foodservice Standards – Out of Code Product |
| 04/09/2021 | Breach | Image – Merchandise/Cleanliness |
| 05/06/2021 | Breach | Minimum Net Worth |
| 05/27/2021 | Breach | Minimum Net Worth |

KRSM Inc.
Attn: Syed Kazmi
October 4, 2022
Page **2** of **3**

| | | |
|---|---|---|
| 03/24/2022 | Breach | Late/Missing Cash Reports, Late/Missing Deposits |
| 05/17/2022 | Breach | Image – Cleanliness/Foodservice Standards |
| 05/18/2022 | Breach | Late/Missing Cash Reports, Late/Missing Deposits |
| 05/18/2022 | Breach | Minimum Net Worth |
| 06/16/2022 | Breach | Foodservice Standards – Out of Code Product |
| 07/11/2022 | Breach | Late/Missing Deposits |
| 07/28/2022 | Breach | Foodservice Standards – Out of Code Product |
| 07/28/2022 | Breach | Image – Cleanliness/Foodservice Standards |
| 07/28/2022 | Breach | Minimum Net Worth |
| 09/02/2022 | Breach | Minimum Net Worth |
| 09/21/2022 | Breach | Late Cash Reports, Late Deposits |
| 09/21/2022 | Breach | Image – Cleanliness/Foodservice Standards |

In other words, we have warned you in writing **eighteen** times since January 2021 that you are not complying with the material obligations of the Franchise Agreement.

**Your Additional Breach of the Franchise Agreement**
You have failed to comply with the terms of the Franchise Agreement because your Financial Summaries as of August 31, 2022 reflect a Net Worth of (negative) <$6,493.00>.  This is $16,493.00 less than the Minimum Net Worth of $10,000.00 required by the Franchise Agreement.

**Termination of the Franchise Agreement**
You have pervasively and repeatedly violated the Franchise Agreement and have received more than three (3) Notices of Material Breach within the past twenty-four (24) months. With delivery of this Notice, since January 28, 2021, we have delivered to you at least nineteen (19) Notices of Material Breach. Therefore, we are hereby notifying you that we are electing to terminate the Franchise Agreement effective **Friday, December 9, 2022 at 7:00AM EST** (the "**Termination Date**").

**Termination Procedure**
On the Termination Date indicated above, your license to use the 7-Eleven® mark and other trademarks and service marks will end without further notice. In addition, your lease of the Store and Equipment will terminate. You will be required to immediately surrender the Store premise, Equipment, and Inventory to us, and we demand that you do so. Please refer to your Franchise Agreement for a complete description of all your responsibilities on termination.

If you have personal effects, documents, data, or other information you need or wish to preserve from the Store, please remove those items and/or create hard copies of that information to take with you before the Termination Date. Our systems do not preserve all store level data at a changeover, and it may no longer exist following the Termination Date.  Please also know that any personal effects left in the Store following the termination will be considered abandoned and disposed-of unless you make arrangements in writing with the market manager to retrieve them at a later date.

**Contact Information**
The person identified below is our attorney. All further communications you or your lawyer intend for us that concern the matters in this letter should occur through him.

Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Tel (813) 387-0300
email: chris.burden@quarles.com

KRSM Inc.
Attn: Syed Kazmi
October 4, 2022
Page **3** of **3**

**<u>Reservation of Rights</u>**
Nothing in this letter and none of the following acts by us (without limitation) is intended by us or should be construed by you as a consent to or a waiver of any act or default on your part or as a waiver of our right to terminate the Franchise Agreement effective immediately, or to sue you for damages or for an injunction or both:

     a)  Collecting or accepting the 7-Eleven Charge;

     b)  Debiting your Open Account with the 7-Eleven Charge;

     c)  Continuing to allow you the use of the Store, Equipment and Inventory, Service Marks, Trade Secrets, or the 7-Eleven System; or

     d)  Continuing to otherwise transact business with you or on your behalf, including but not limited to, furnishing you with the various benefits and services provided for in the Franchise Agreement, including paying for your Inventory purchases.

Further, we specifically reserve the right, without limiting our other rights (including without limitation, seeking damages), to issue further and additional non-curable notices of material breach and/or notices of termination, all without prejudice to the validity of this Notice of Material Breach and Termination.

Sincerely,

**7-ELEVEN, INC.**

*Jeff Menna*

Jeff Menna
Market Leader