WARD GREENBERG HELLER & REIDY LLP
By:   Dennis R. Callahan, Esquire
        Amy L. Hansell, Esquire
701 East Gate Drive, Suite 220
Mount Laurel, NJ  08054
Phone:  (856) 866-8920
Fax:  (856) 866-8761

QUARLES & BRADY LLP
By:   Christian C. Burden, Esquire (*pro hac vice admission pending*)
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Phone: (813) 387-1300
Fax: (813) 387-1800
Email:  chris.burden@quarles.com

*Attorneys for Plaintiff, 7-Eleven, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **7-ELEVEN, INC.,** | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-07220 |
| **KRSM INC. AND SYED KAZMI,** | |
| Defendants. | |

### REQUEST FOR ENTRY OF DEFAULT
### PURSUANT TO FED. R. CIV. P. 55(a)

Plaintiff 7-Eleven, Inc. ("7-Eleven"), by and through its attorneys, Ward Greenberg Heller & Reidy LLP, requests that the Clerk of the Court enter default against Defendants KRSM Inc. and Syed Kazmi, pursuant to Fed. R. Civ. P. 55(a).

In support of this request, 7-Eleven relies upon the record in this case and the declarations submitted herewith.

Dated: January 10, 2023.

**WARD GREENBERG HELLER & REIDY LLP**

/s/Dennis R. Callahan
Dennis R. Callahan
dcallahan@wardgreenberg.com
701 E. Gate Drive, Ste. 220
Mt. Laurel, NJ 08054
Phone: (856) 856- 8920
Facsimile: (856) 866-8761

*Attorneys for Plaintiff 7-Eleven, Inc.*

2