# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**7-ELEVEN, INC.,**

Plaintiff,

v.

**KRSM INC. AND SYED KAZMI,**

Defendants.

Case No. 3:22-cv-07220

## DECLARATION OF DIANE RIGGS

I, Diane Riggs, declare under penalties of perjury that:

1.    I am a process server currently employed by Harris Investigations, LLC. I have been a process server in New Jersey since February 2013. I have personal knowledge of the facts set forth herein.

2.    Plaintiff's counsel engaged Harris Investigations, LLC to obtain service of process upon KRSM Inc. ("KRSM") and Syed Kazmi ("Mr. Kazmi") in this matter.

3.    I was advised by Plaintiff's counsel that Mr. Kazmi resides at 6 Lenn Road in Allentown, New Jersey 08501, and that Mr. Kazmi is the registered agent for KRSM. I confirmed both facts via my own research.

4.    On December 13, 2022, I went to the house located at 6 Lenn Road in Allentown, New Jersey to serve Mr. Kazmi and KRSM. At 2:30 p.m., a woman

driving a Lexus sport utility vehicle pulled up to the house and parked in the driveway. When I approached the woman, she advised me that she was the cleaning woman and was unable to accept paperwork on behalf of Mr. Kazmi. The woman had children with her and entered the house through a rear entrance.

5.      The next day, on December 14, 2022, I returned to 6 Lenn Road in Allentown, New Jersey to again attempt to obtain service. At 9:12 a.m., I observed three cars in the driveway, including a brand new Bentley as well as two Lexus sport utility vehicles. One of the Lexus sport utility vehicles was the vehicle driven by the woman who on December 13 identified herself to me as the cleaning woman. I could hear people walking around and talking inside the house, but they refused to answer the door and were avoiding service.

6.      Later that day, around 6:07 p.m. on December 14, all of the lights were on in the house and I could hear a man talking inside the house. A car pulled into the driveway, and a man got out of the car. The man appeared to be around 35 years of age, of Middle Eastern descent, weighed around 175 pounds, was around 5'10" and had brown hair and brown eyes. Two younger girls and an older woman also got out of the car. The older woman would not accept service. All four people went into the house. The man in his thirties who had just recently arrived at the house came back out of the house and told me that the house was an Airbnb, that I was trespassing and harassing them, and that if I did not leave he would have me arrested.

2

7.    I used TruthFinder that night to locate a photograph of Mr. Kazmi.    I then confirmed via another photograph that I located on social media that the photograph of Mr. Kazmi that I found on TruthFinder was in fact a photograph of Mr. Kazmi. Both photographs confirmed that the man who I encountered at 6 Lenn Road earlier in the evening on December 14 was Mr. Kazmi.

8.    On December 16, 2022, I attempted service of process at 1601 Princeton Avenue in Lawrenceville, New Jersey 08648, which is the location of the 7-Eleven store at issue in this litigation. Mr. Kazmi was not present at the 7-Eleven store when I was there at around 2:24 p.m.

9.    The next day, on December 17, 2022, I returned to 6 Lenn Road in Allentown, New Jersey to once again attempt to obtain service on Mr. Kazmi and KRSM. Several people were inside the house looking at me through the windows, but none of the people inside the house would answer the door. I observed through the window that Mr. Kazmi was one of the people inside the house who was looking at me but refusing to answer the door. At 7:17 p.m., I yelled to Mr. Kazmi from outside the door that he had been served, and left the following paperwork at the front door of the house at 6 Lenn Road in Allentown, New Jersey:

      a.    Complaint for Injunctive and Other Relief,

      b.    Summons for Syed Kazmi,

      c.    Summons for KRSM, Inc.,

3

d.    Civil Cover Sheet,

e.    Motion for Preliminary Injunction and Memorandum of Law in Support of Motion for Preliminary Injunction, and

f.    Order to Show Cause For Preliminary Injunction and Related Relief.

Pursuant to 27 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Executed on January 6, 2023, in Mt Holy, New Jersey.

_____
Diane Riggs

4