**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **7-ELEVEN, INC.,** | |
| Plaintiff, | Case No. 3:22-cv-07220 |
| v. | |
| **KRSM INC. AND SYED KAZMI,** | |
| Defendants. | |

## ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

Plaintiff 7-Eleven, Inc. has requested that the Clerk of the Court enter default against Defendants KRSM Inc. and Syed Kazmi, pursuant to Fed. R. Civ. P. 55(a). It hereby appearing from the record that Defendants KRSM Inc. and Syed Kazmi have been duly served and have failed to appear, plead or otherwise move with respect to the Complaint filed herein, the defaults of Defendants KRSM Inc. and Syed Kazmi are hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated: January ____, 2023                    By:_____