WARD GREENBERG HELLER & REIDY LLP
By:   Dennis R. Callahan, Esquire
        Amy L. Hansell, Esquire
701 East Gate Drive, Suite 220
Mount Laurel, NJ  08054
Phone:  (856) 866-8920
Fax:  (856) 866-8761

QUARLES & BRADY LLP
By:   Christian C. Burden, Esquire (*pro hac vice admission pending*)
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Phone: (813) 387-1300
Fax: (813) 387-1800
Email:  chris.burden@quarles.com

*Attorneys for Plaintiff, 7-Eleven, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **7-ELEVEN, INC.,**<br><br>            Plaintiff,<br><br>    v.<br><br>**KRSM INC. AND SYED KAZMI,**<br><br>            Defendants. | Case No. 3:22-cv-07220 |

### CERTIFICATE OF SERVICE

I, Dennis R. Callahan, Esquire, do certify and state:

1.      I am attorney with Ward Greenberg Heller & Reidy LLP, attorneys for Plaintiff, 7-Eleven, Inc., and I am familiar with the file, records, and pleadings in this matter.

2.      On January 10, 2023, a Request for Default, Declaration of Dennis R. Callahan in Support of Request for Default, Declaration of Diane Riggs, proposed Entry of Default for the Clerk of Court's signature, and Certificate of Service were electronically filed via ECF with the Clerk of Court.

3.      On January 10, 2023, a copy of the Request for Default, Declaration of Dennis R. Callahan in Support of Request for Default, Declaration of Diane Riggs, proposed Entry of Default, and Certificate of Service was served on Defendant Syed Kazmi, individually and as registered agent for KRSM, Inc. at 6 Lenn Road, Allentown, NJ 08501-2053, via regular mail and Certified Mail, R.R.R.

I certify that the foregoing statements by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Respectfully summitted,

Dated: January 10, 2023        WARD GREENBERG HELLER & REIDY LLP

By:    */s/Dennis R. Callahan*
          Dennis R. Callahan

*Attorneys for Plaintiff 7-Eleven, Inc.*