Jordan M. Rand
**KLEHR HARRISON HARVEY BRANZBURG LLP**
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
Telephone: (856) 486-7900
Facsimile: (856) 486-4875
jrand@klehr.com
*Attorneys for Defendants KRSM Inc. and Syed Kazmi*

| | |
|---|---|
| 7-ELEVEN, INC.<br><br>Plaintiff,<br><br>v.<br><br>KRSM INC. and SYED KAZMI,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 3:22-cv--7220<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendants KRSM INC. and SYED KAZMI ("**Movants**") will move before the Honorable Zahid N. Quraishi on **February 21, 2023** to dismiss Plaintiff's Complaint for lack of personal jurisdiction due to ineffective service of process. Movants will rely upon the attached brief in support of the Motion.

By: */s/ Jordan M. Rand*
Jordan M. Rand (I.D. No.
Gregory R. Sellers (I.D. No. 066272013)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
Telephone: (856) 486-7900
Facsimile: (856) 486-4875
Emails: jrand@klehr.com
*Attorneys for Defendants KRSM Inc. and Syed Kazmi*

Date: January 18, 2023