| | |
|---|---|
| 7-ELEVEN, INC.<br><br>Plaintiff,<br><br>v.<br><br>KRSM INC. and SYED KAZMI,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 3:22-cv--7220<br><br>**ORDER DISMISSING COMPLAINT** |

**AND NOW**, this _______ day of ________________ 2023, upon consideration of the Motion of Defendants KRSM Inc. and Syed Kazmi to dismiss the Complaint in this matter for lack of personal jurisdiction due to ineffective service of process, and in light of any response, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

In the alternative, the Motion is denied as **MOOT**, and Plaintiff is **ORDERED** to affect alternative service of process via email to Defendants' attorney, Jordan M. Rand, with applicable deadlines to run from the date of said alternative service.

**BY THE COURT:**

_________________________________

**HON. ZAHID N. QURAISHI**
United States District Judge