**CERTIFICATE OF SERVICE**

I, Jordan M. Rand, Esquire, hereby certify that I caused a true and correct copy of Defendants' Motion of to Dismiss to be served upon all counsel of record via the Court's ECF electronic-filing system.

By: *_/s/ Jordan Rand_*
Jordan Rand

Dated: January 18, 2023