| | (609)221-0287 is 711 field consultants | | |
|---|---|---|---|
| Name | Content | | Date |
| Syed | Sorry for the delay, please find attached | | 1/14/2021 11:35 |
| +1 (609) 221-0287 | Thanks.  Doesn't make sense why it isn't showing up. | | 1/14/2021 11:37 |
| Syed | Not really sure | | 1/14/2021 11:38 |
| Syed | Hi,<br>I have been on phone  with 711 for past 4 days because money order machine has been down and no one can get it resolved. I finally spoke to someone and they stated have your FC follow up as they can resolve it the quickest.<br>Case number 2678449.<br>I sent in the reports they requested numerous times | | 1/26/2021 10:48 |
| +1 (609) 221-0287 | Ok, great.  They usually say that when they don't know the answer | | 1/26/2021 11:40 |
| +1 (609) 221-0287 | I'll help out | | 1/26/2021 11:41 |
| Syed | Ok thanks a lot | | 1/26/2021 14:24 |
| Syed | I paid 14,000 in equity. Please see if we can get the account overage issue resolved so the account can become fully funded | | 6/28/2021 15:31 |
| +1 (609) 221-0287 | Looks like it didn't hit | | 7/12/2021 11:47 |
| Syed | I paid in 14k in equity which was rung through the register and properly done at cash summary | | 7/12/2021 11:47 |
| +1 (609) 221-0287 | Open an accounting case with the cash report date | | 7/12/2021 11:47 |
| Syed | It still didn't display | | 7/12/2021 11:47 |
| Syed | Cash was deposited as well | | 7/12/2021 11:48 |
| Syed | This is a bit alarming since there is no record of the payment mad | | 7/12/2021 11:50 |
| Syed | Made* | | 7/12/2021 11:50 |
| Syed | Case opened | | 7/12/2021 11:57 |
| Syed | There is also another 22,000 in inventory overage account which hasn't been fixed yet | | 7/12/2021 12:02 |
| +1 (609) 221-0287 | Yes, that's what we have to work with accounting on. Usually that is not moved over until end of year | | 7/12/2021 12:02 |
| +1 (609) 221-0287 | Sorry, I'm on a call for about another hour. | | 8/16/2021 16:04 |
| +1 (609) 221-0287 | What's up? | | 8/16/2021 16:04 |

| | | | |
|---|---|---|---|
| | Syed | Please take a look into this. The resolution that the help desk came back with the equity payment i made was that it was reported in the sales that day. YES I KNOW, BECAUSE I AM THE ONE WHO MADE IT. but it was never credited at the financials side of it | 8/16/2021 16:06 |
| | +1 (609) 221-0287 | Absolutely.  I'll hop into the case and help out | 8/16/2021 16:06 |
| | Syed | Thanks a lot | 8/16/2021 16:13 |
| | +1 (609) 221-0287 | Ok.  For some dumb reason the case was closed.  I opened a new case and referenced the one you opened.  I'll keep an eye on it | 8/16/2021 16:19 |
| | Syed | Ok thanks | 8/16/2021 16:19 |
| | +1 (609) 221-0287 | Got a ton of deposits missing.  I know you went in and did cash, but some are on here from July.  Please send me deposit slips so I can verify and get this taken care of.  I don't want them to short you. | 8/18/2021 16:54 |
| | Syed | They were deposited, will send | 8/18/2021 17:07 |
| | +1 (609) 221-0287 | Thanks. | 8/18/2021 17:31 |
| | Syed | I tried restarting the system but to no avail | 9/13/2021 15:54 |
| | Syed | Also the case we reopened for the 14k i paid in has not been resolved either | 9/13/2021 15:55 |
| | +1 (609) 221-0287 | I can open a case for you.  Please just send me the error message you are getting
Just this morning I asked Jeff about that case.  Gave him all the details, and even the first case that was closed out.  He has our admin looking into it to get an answer | 9/13/2021 16:00 |
| | Syed | It says cannot close end-clear memory | 9/13/2021 16:10 |
| | Syed | Ok thank you | 9/13/2021 16:10 |
| | +1 (609) 221-0287 | Thanks | 9/13/2021 16:10 |
| | Syed | Hello, can we schedule to fix "i" in our store as well | 9/15/2021 14:42 |
| | +1 (609) 221-0287 | Will do | 9/15/2021 14:42 |
| | Syed | Thank you | 9/15/2021 14:46 |
| | Syed | Day still not closing | 9/20/2021 13:21 |
| | +1 (609) 221-0287 | They said they fixed it, told me to look at a case that involved pest control.  So I denied it.  I'll open another case with RIS since the accounting case isn't doing anything | 9/20/2021 13:24 |
| | Syed | Yeah I just tried to close again as well and gives this error message after 10 to 15 mins of closing the day | 9/20/2021 13:25 |
| | Syed | I didnt get the gis payment for last month | 9/20/2021 14:14 |
| | Syed | Can you please urgently find out what is going on | 9/20/2021 14:15 |
| | Syed | Hey Scott, any update on day close or GIS issue? | 9/21/2021 14:01 |

| | | | |
|---|---|---|---|
| 44 | +1 (609) 221-0287 | Hey, few updates for you—sorry I was driving to the zone office today in Long Island | 9/21/2021 19:15 |
| 45 | +1 (609) 221-0287 | Talked to Jeff, there were no issues on his end with GIS so I opened an accounting case. | 9/21/2021 19:15 |
| 46 | +1 (609) 221-0287 | I have two cases opened for the day close, one with accounting and one with RIS. Just waiting on responses | 9/21/2021 19:16 |
| 47 | +1 (609) 221-0287 | And your equity payment did hit in July, check the back pages of the 48a.  I'll pull a clip and send it to you tomorrow | 9/21/2021 19:17 |
| 48 | Syed | Ok, thank you very much for the responses and your continued efforts to fix issues. Let's hope they get resolved soon | 9/21/2021 20:50 |
| 49 | +1 (609) 221-0287 | What's going on here?   We can't pile trash up like this, what about the dumpster? | 9/23/2021 14:21 |
| 50 | +1 (609) 221-0287 | Missed voice call | 9/23/2021 14:23 |
| 51 | +1 (609) 221-0287 | Hey, if I don't hear back I need to get this cleaned up.  It will be billed under the store.  Let me know what's going on. | 9/23/2021 15:15 |
| 52 | Syed | Hey, looking over the financials, All outstanding issues haven't still been resolved. ALSO THE GIS FOR LAST MONTH WAS NOT PAID AGAIN. This makes it 2 months. What needs to be done? Please advise | 10/13/2021 13:33 |
| 53 | Syed | Hi, I just replied to your email regarding GIS. Can you please look and over and let me know how 711 would like to proceed | 10/25/2021 15:57 |
| 54 | Syed | Good afternoon, Any update on the email I sent over for GIS? Thanks | 11/11/2021 15:37 |
| 55 | +1 (609) 221-0287 | Please refer all GIS questions to Jeff | 11/11/2021 15:40 |
| 56 | Syed | Please forward his contact info | 11/11/2021 15:45 |
| 57 | +1 (609) 221-0287 | jeff.menna@7-11.com | 11/11/2021 15:55 |

| | Syed | Good afternoon,<br>My McClane delivery for today was scheduled for 7 to 9am. Truck came at 3pm, 8 hours late. Which caused me to keep my staff here past hours while hopeing 7-11 mandated delivery company shows up.  After he showed up, he parked a large 18 wheel tractor, in the middle of a road, blocking car flow which is a serious hazzard. My employee asked the delivery driver to please move the truck up and he told him "fuck you I park where I want". My employee asked him politely to move up and he told him "fuck off your not getting your delivery, I am out bitch".<br>Is this the standard being maintained at 711? One, we don't get deliveries on time, second when we do they are 8 hours late and if we somehow receive them what we order is only fulfilled 20% of the time.<br>If there ever is a time where franchises  are perceive or alleged that 7-11 mandates are not being upheld, we are penalized financially.<br>What is the resolution? | 11/19/2021 15:24 |
|---|---|---|---|
| | Syed | Good morning,<br>Again no McLane delivery... | 11/27/2021 9:21 |
| | +1 (609) 221-0287 | Sammie reached out to me, I'm calling everyone I can.  I think they have your Friday load scheduled later than what you are open | 11/27/2021 12:29 |
| | Syed | Good morning,<br>According to Jeff's email, we were going to meet and resolve outstanding issues; that was two weeks ago. November financials are to close soon and I want to get this resolved before that. So can you please let me know.<br>Thanks | 12/2/2021 9:16 |
| | +1 (609) 221-0287 | Hey, Syed. Spoke to Jeff, what time is good for you next week?  Anything except Friday is OK for him | 12/2/2021 10:19 |
| | +1 (609) 221-0287 | Syed just asking again when is a good time to set up a meeting with Jeff | 12/8/2021 9:33 |
| | Syed | Can we do any day next week? | 12/8/2021 9:43 |
| | +1 (609) 221-0287 | Let me set it up | 12/8/2021 10:29 |
| | Syed | Good morning,<br>Hope you are feeling better. I also caught covid but feeling a little better now. Can you please schedule the call with Jeff some times next week. Thanks | 1/6/2022 10:30 |
| | +1 (609) 221-0287 | Will do, sorry I've been out of it. | 1/6/2022 10:40 |

| | +1 (609) 221-0287 | Ok I set it up for next Wednesday the 12th at 11 am. Please send either me or Jeff what questions you have this way he can get the answers and we can talk about them during the call instead of having to follow up again. | 1/6/2022 10:50 |
|---|---|---|---|
| | Syed | Good morning, I'm sorry to ask but can we make the call early next week. Covid has hit me harder then I thought and I have high fever with breathing issues so won't be able to go get the reports in time. Thanks a bunch | 1/10/2022 10:45 |
| | +1 (609) 221-0287 | Ok I will reschedule. | 1/10/2022 10:49 |
| | Syed | Thank you | 1/10/2022 10:49 |
| | +1 (609) 221-0287 | Jeff is in meetings a ton next week, moved it to the first spot he had on Friday 1/21 at 11 am | 1/10/2022 13:26 |
| | Syed | Ok no problem, thanks a lot | 1/10/2022 13:26 |
| | Syed | Good morning, The equity payment has been made. Can you please ask Jeff to start paying out GIS from this month. Thank you | 1/28/2022 9:14 |
| | +1 (609) 221-0287 | I will let him know you made the payment.  Thanks | 1/28/2022 9:20 |
| | Syed | The payment was made according to our conversation but was not reflected on financials. I will open case and attach register receipt along with bank deposit to show as such so it can be corrected | 2/10/2022 17:47 |
| | +1 (609) 221-0287 | Thanks, I'll look for the case | 2/10/2022 20:55 |
| | +1 (609) 221-0287 | Just following up, I don't see a case in the system | 2/16/2022 11:52 |
| | +1 (609) 221-0287 | Just looking ahead at next week you have a PM audit on Thursday | 2/18/2022 16:32 |
| | Syed | Sorry for the delayed response. I believe the last case wasn't made correctly so I made another [req1121138]. I have also sent the proof to #1 on scanner | 2/19/2022 15:47 |
| | Syed | Everything till yesterday in deposited | 3/24/2022 15:15 |
| | +1 (609) 221-0287 | Ok | 3/24/2022 15:27 |
| | Syed | Everything closed and deposited including yesterday | 3/29/2022 12:10 |
| | +1 (609) 221-0287 | 😁 | 3/29/2022 12:10 |
| | +1 (609) 221-0287 | I have to come and verify, be there later.  Thanks | 3/29/2022 12:10 |
| | Syed | Ok thanks | 3/29/2022 12:10 |
| | Syed | Hello, the money order has still not been activated. Can you please check the status of it. Tha ks | 4/1/2022 12:33 |
| | Syed | Thanks* | 4/1/2022 12:33 |

| | | | |
|---|---|---|---|
| 89 | +1 (609) 221-0287 | Will do | 4/1/2022 20:11 |
| 90 | +1 (609) 221-0287 | Good morning.  Got to get cash reports closed, I can't get MO turned back on if you're not up to date | 4/4/2022 11:43 |
| 91 | Syed | Good afternoon,<br>Only weekend was open which has been closed | 4/4/2022 14:25 |
| 92 | Syed | Please see if you can have MO turned on, thank you | 4/4/2022 14:25 |
| 93 | Syed | Good morning,<br>Any update on money order? | 4/5/2022 12:06 |
| 94 | +1 (609) 221-0287 | I have the request out to Jeff | 4/5/2022 12:09 |
| 95 | Syed | Ok thanks | 4/5/2022 12:10 |
| 96 | +1 (609) 221-0287 | Jeff said "it's being done" | 4/5/2022 12:56 |
| 97 | Syed | Ok thank you | 4/5/2022 12:56 |
| 98 | +1 (609) 221-0287 | Good Morning, Syed.  Just a reminder that per the documentation I sent you last week, all deposits and cash reports are due to be up to date tomorrow. | 5/24/2022 11:02 |
| 99 | +1 (609) 221-0287 | Please refer to the documentation in the email | 5/24/2022 11:03 |
| 100 | Syed | Good afternoon, all deposit are made thru yesterday and attached is copy along with equity payment of $32000 | 5/25/2022 14:07 |
| 101 | +1 (609) 221-0287 | Excellent. Please stay on top of cash reports and deposits | 5/25/2022 14:13 |
| 102 | Syed | Ok thanks. Also if you could please put in a request to have the money order restored | 5/25/2022 14:31 |
| 103 | Syed | Good afternoon,<br>Can you please check on the status of Money order being turned on.<br>Thanks | 5/31/2022 14:15 |
| 104 | +1 (609) 221-0287 | Spoke to Sammy today, Jeff is just waiting on confirmation that all funds cleared | 6/2/2022 17:04 |
| 105 | Syed | I can send the receipts if needed | 6/2/2022 17:30 |
| 106 | Syed | Good morning,<br>Can you please check the status of restoration of money order ( when ever you get time). Thanks | 6/16/2022 10:04 |
| 107 | +1 (609) 221-0287 | I went to see Sammy on Tuesday.  I need Jeff to turn it on and he's out of the country.  Looks like everything cleared and your open account is positive at the end of May financial. | 6/16/2022 10:05 |
| 108 | Syed | Ok sounds good, also Sammy was saying something about an inventory purchase of 8 million or something. Is it all ok? | 6/16/2022 10:06 |
| 109 | +1 (609) 221-0287 | Yeah. Someone keyed something in wrong.  I caught it and had it corrected. | 6/16/2022 10:07 |

| | | | |
|---|---|---|---|
| 110 | +1 (609) 221-0287 | That would have been some huge shortage | 6/16/2022 10:07 |
| 111 | Syed | Ok thanks | 6/16/2022 10:11 |
| 112 | Syed | When is Jeff expected back | 6/16/2022 10:11 |
| 113 | +1 (609) 221-0287 | Monday | 6/16/2022 10:11 |
| 114 | Syed | Ok, thank you for all your help | 6/16/2022 10:12 |
| 115 | +1 (609) 221-0287 | Spoke to Jeff about money order.  Accounting wants to make sure the correction I did on that cash purchase was correct.  Can you send me the invoice for the cigarette purchases from 5/25 (the one that was incorrect) and 5/16 so they can match them up?<br>Thanks, trying to get this turned back on for you.  When they see $8millon in retail they get scared. | 6/23/2022 10:54 |
| 116 | Syed | Let me take out the cash report as well because there is no way a report can be closed with $8million variation | 6/23/2022 10:56 |
| 117 | +1 (609) 221-0287 | Please do!  Something went weird on the 25th | 6/23/2022 10:56 |
| 118 | Syed | Ok get to you in few | 6/23/2022 10:57 |
| 119 | Syed | As you can see 5/16 delivery was for $5140<br>And 5/25 was for 8014 | 6/23/2022 16:21 |
| 120 | +1 (609) 221-0287 | It was the retail that was keyed wrong, not the cost.<br>Do you have the invoice to confirm the retail? | 6/23/2022 16:55 |
| 121 | Syed | Ofcourse not, there cant be retail that can be 8 million | 6/23/2022 16:56 |
| 122 | Syed | The cost of the delivery was the 5k and 8k. Retail would be based on our current selling price | 6/23/2022 16:56 |
| 123 | Syed | Since the invoice would only list suggested price but not ours | 6/23/2022 16:57 |
| 124 | Syed | This is the first time in 3 years that I have made the purchase of cigs from outside due to shortage and it messed it up spectacularly 🤦 | 6/23/2022 16:58 |
| 125 | +1 (609) 221-0287 | In a huge fashion | 6/23/2022 16:58 |
| 126 | Syed | How to go about fixing it? | 6/23/2022 16:58 |
| 127 | +1 (609) 221-0287 | They were asking for the invoice to confirm the amount. But if we don't have that, I got to think of a plan B | 6/23/2022 16:59 |
| 128 | Syed | Alright please let me know. Thanks | 6/23/2022 17:01 |
| 129 | Syed | Good afternoon,<br>There is a issue with McLane delivery and extra charges causing severe shortage on inventory. Please advise how to correct | 7/30/2022 15:11 |
| 130 | +1 (609) 221-0287 | Open a ticket and attach proof of over charge | 8/1/2022 9:06 |
| 131 | Syed | Where can I obtain up to date AR report | 8/1/2022 9:32 |
| 132 | +1 (609) 221-0287 | 7hub search for AR or in your email | 8/1/2022 9:33 |
| 133 | +1 (609) 221-0287 | You're original gap was small, no where near the $60k in shortage | 8/1/2022 9:33 |

| | | | |
|---|---|---|---|
| 134 | +1 (609) 221-0287 | Give me a few and let me see if I can pull it for you | 8/1/2022 9:34 |
| 135 | Syed | My average store inventory is about 100k, currently it was showing 150k. There is some disconnect there | 8/1/2022 9:35 |
| 136 | Syed | Thank you | 8/1/2022 9:35 |
| 137 | +1 (609) 221-0287 | I'm looking for that file, everything is getting shifted around with the new corporate structure | 8/1/2022 10:38 |
| 138 | Syed | Ok thanks, also what is going on with the new structure | 8/1/2022 10:39 |
| 139 | +1 (609) 221-0287 | Laid off around 1000 people.  They consolidated numerous departments, and for us that means consolidating our zone/market structure.  Jeff now south jersey | 8/1/2022 10:41 |
| 140 | +1 (609) 221-0287 | Ok I can't find it.  I'm going to open a ticket and get it sent to us | 8/1/2022 10:50 |
| 141 | Syed | Good afternoon, When you get a chance, can you please call. Thanks | 8/2/2022 16:10 |
| 142 | Syed | Hi, when you get a chance, can you please call. | 8/4/2022 13:06 |
| 143 | +1 (609) 221-0287 | Sorry, forgot to call you the other day.  With a store now give me a few | 8/4/2022 13:07 |
| 144 | Syed | No issues | 8/4/2022 13:11 |
| 145 | +1 (609) 221-0287 | Missed voice call | 8/4/2022 14:22 |
| 146 | Syed | Good morning, We're we able to get the AR report? Also the issue to very low GP% and write offs not reporting figured out. Thanks | 9/1/2022 8:13 |
| 147 | +1 (609) 221-0287 | Case is still open to get the AR report. I'll send you what I have. I also have a file on the GP to send you.  Comes down to the inventory shortage going into your cost account.  Accounting broke it down to show you what it is and what it would have been without the shortage. Write offs I sent you a few messages about to call the help desk from the store, they needed store support on the ISP end.  I'm sure by now if you didn't do that they closed out the ticket.  Next time you are at the store call them to open another one, but it seems that write offs have been transmitting. | 9/1/2022 8:52 |
| 148 | Syed | Ok will do, and will check the other info once received. Thanks a bunch | 9/1/2022 9:00 |
| 149 | Syed | Hey quick question, the overage  of $20,946, how is that adjusted into the shortage | 9/1/2022 12:09 |

| | +1 (609) 221-0287 | Subtracted out.  Line 00576 | 9/1/2022 12:31 |
|---|---|---|---|
| | +1 (609) 221-0287 | Hello, sir!  Jeff wants to visit the store on Tuesday.  Are you in the country? | 9/30/2022 11:15 |
| | +1 (609) 221-0287 | Just checking in.  Are you in the country? | 10/3/2022 13:01 |
| | Syed | Sorry didn't see your message earlier, I'm in the country but in Pittsburgh. Won't be in the area tomorrow | 10/3/2022 13:07 |
| | +1 (609) 221-0287 | Ok, I'll let him know | 10/3/2022 13:07 |
| | Syed | Gm, the lottery machine is not working. Is that an issue with lottery or 7-11 | 11/1/2022 10:13 |
| | Syed | Also again there is deposit that we're made which are showing as missing deposits | 11/1/2022 10:34 |

Generated by Exporter For WhatsApp