

NEW YORK    PENNSYLVANIA    NEW JERSEY    DELAWARE

DENNIS R. CALLAHAN
T. 215 836 1881
F. 215 836 2845
DCALLAHAN@WARDGREENBERG.COM

April 10, 2023

***VIA ECF***

Honorable J. Brendan Day
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7E
Trenton, New Jersey 08608

>     ***Re:    7-Eleven, Inc. v. KRSM, Inc. and Syed Kazmi***
>     ***Case No. 3-22-cv-07220***

Dear Judge Day:

We represent 7-Eleven, Inc. ("7-Eleven").  We write to respectfully request that the Court reschedule the scheduling conference currently set for May 3, 2023, to a date and time convenient for this Court after May 12, 2023.  7-Eleven makes this request for a short postponement of the scheduling conference because 7-Eleven's lead counsel Christian Burden will be in the Channel Islands for a trial from April 12, 2023 through May 2, 2023, and upon return, begins another trial in Virginia on May 8, 2023.

7-Eleven's counsel has conferred with Jordan Rand (KRSM, Inc.'s and Syed Kazmi's counsel) regarding this request and Mr. Rand agrees to the relief that 7-Eleven requests herein.

We appreciate your consideration of this matter.

Respectfully,

Dennis R. Callahan

Copy via ECF:   Jordan Rand