**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **7-ELEVEN, INC.,**<br><br>                   Plaintiff,<br><br>        v.<br><br>**KRSM INC. AND SYED KAZMI,**<br><br>                   Defendants. | Case No. 3:22-cv-07220(RK)(JBD)<br><br>**JUDGMENT** |

**THIS CAUSE** is before the Court on the parties' Stipulation for Entry of Judgment [Dkt. 71].  The Court being duly advised in the premises:

**IT IS ORDERED AND ADJUDGED** that:

1.      Judgment in the amount of $382,623.56 is entered in favor of Plaintiff 7-Eleven, Inc. and against Defendants KRSM Inc. and Syed Kazmi, jointly and severally, on Plaintiff's claims for breach of contract and breach of guaranty.

2.      All other claims and counterclaims are hereby dismissed with prejudice.

3.      The parties shall bear their own attorneys' fees and costs.

4.      This is the Court's Final Judgment in this matter, any pending motions are hereby denied as moot, and the Clerk shall administratively terminate this case.

March   15  , 2024

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE